## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **GLENDON D. STUBBS,** | : |  |
|  | : |  |
| **Plaintiff,** | : | **CIVIL ACTION** |
|  | : |  |
| **v.** | : | **NO. 1:20-cv-19798-RMB-EAP** |
|  | : |  |
| **BOARDWALK 1000, LLC d/b/a** | : | **Motion Day:  January 3, 2023** |
| **HARD ROCK HOTEL AND** | : |  |
| **CASINO ATLANTIC CITY,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

## PLAINTIFF'S UNOPPOSED MOTION
## FOR APPROVAL OF THE SETTLEMENT

Having settled this lawsuit, which includes a claim under the federal Fair Labor Standards Act ("FLSA"),[1] Named Plaintiff Glendon Stubbs ("Plaintiff") now moves for judicial approval of his *individual* settlement.  The operative executed "Settlement Agreement and Release of Claims" ("Agreement") is attached.  *See* Doc. 55-1.  Defendant Boardwalk 1000, LLC d/b/a Hard Rock Hotel and Casino Atlantic City ("Defendant") does not oppose this motion.

Approval of the settlement is warranted.  Although the Third Circuit Court of Appeals has not addressed the issue, this Court generally reviews FLSA settlements to ensure that they represent "a fair and reasonable resolution of a *bona*

---

[1]  29 U.S.C. § 201, *et seq.*

*fide* dispute over FLSA provisions."[2]  As Your Honor has observed, an FLSA settlement will be approved if it:  (1) resolves a *bona fide* dispute under the FLSA; and (2) is "fair and reasonable to the Plaintiff."[3]

As is discussed in the accompanying Memorandum of Law, each of these requirements are satisfied.[4]  The settlement provides Plaintiff with $10,000, has been publicly filed on the Court's ECF system, does not contain any confidentiality provisions, and does not require the release of any non-wage or non-overtime claims.  Additionally, the settlement provides Plaintiff's counsel with a total payment of $55,000 which is ***less*** than its accumulated lodestar and expenses in this case.

**WHEREFORE**, Plaintiff requests that the Court grant this motion and approve the settlement of this FLSA action.  A proposed order is attached.

Date:  November 30, 2022      Respectfully submitted,

s/ R. Andrew Santillo
WINEBRAKE & SANTILLO, LLC
R. Andrew Santillo, Esq. (NJ ID #025512004)
Mark J. Gottesfeld, Esq. (NJ ID #027652009)

---

[2]  *Kessler v. Joarder Properties LLC*, 2019 U.S. Dist. LEXIS 83571, *6 (D.N.J. May 17, 2019) (Bumb, J.) (internal quotations omitted); *accord Chillogallo v. John Doe LLC*, 2018 U.S. Dist. LEXIS 170046, *3 (D.N.J. Oct. 1, 2018) (Bumb, J.).

[3]  *See Chillogallo*, 2018 U.S. Dist. LEXIS 170046, at *3-4.

[4]  In addition, certain district courts within the Third Circuit have also examined whether the settlement "otherwise frustrates the implementation of the FLSA." *See Clark v. Flik Int'l Corp.*, 2020 U.S. Dist. LEXIS 26306, *7-11 (D.N.J. Feb. 14, 2020); *Ogunlana v. Atlantic Diagnostic Labs LLC*, 2020 U.S. Dist. LEXIS 55619, *7-17 (E.D. Pa. Mar. 31, 2020).

Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
Telephone:  215-884-2491
Facsimile:  215-884-2492
Email:  asantillo@winebrakelaw.com
Email:  mgottesfeld@winebrakelaw.com

STUEVE SIEGEL HANSON LLP
George A. Hanson, Esq. (*admitted pro hac vice*)
Alexander T. Ricke, Esq. (*admitted pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:  816-714-7100
Facsimile:  816-714-7101
Email:  hanson@stuevesiegel.com
Email:  ricke@stuevesiegel.com

McCLELLAND LAW FIRM, P.C.
Ryan L. McClelland, Esq. (*admitted pro hac vice*)
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068
Telephone:  816-781-0002
Facsimile:  816-781-1984
Email:  ryan@mcclellandlawfirm.com
Email:  mrahmberg@mcclellandlawfirm.com

*COUNSEL FOR PLAINTIFF*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this document was filed electronically on November 30, 2022.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

s/ R. Andrew Santillo
R. Andrew Santillo (NJ ID #025512004)
